UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
)
RANDY MARTIN WILKERSON )
)
) Case No. 05-30052-M
) Chapter 13
Debtor(s). )

**STATEMENT OF UNCLAIMED FUNDS**

In accord with 11 U.S.C. Section 347(a) and Federal Rule of Bankruptcy Procedure 3011, Lonnie D. Eck, Standing Chapter 13 Trustee for the Northern District of Oklahoma hereby states that final distribution has been made under 11 U.S.C. Section 1326, and that all remaining funds of this case held by the Standing Chapter 13 Trustee in the total sum of $1,450.18 have this date been paid into the Clerk of the Court as unclaimed funds, and that so far as known to the Trustee, the names and addresses of the entities and the amounts to which they are entitled, are as follows:

GREEN COUNTRY BANKRUPTCY CENTER, INC.   $   1,450.18
10202 EAST 41ST STREET
TULSA, OK   74146
(Legal Fees )

$   1,450.18

s/ Lonnie D. Eck
Lonnie D. Eck
Standing Chapter 13 Trustee
Northern District of Oklahoma
PO Box 2038
Tulsa, Oklahoma   74101-2038
Telephone: (918) 599-9901
Fax: (918) 587-0364